IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **ANGELA N. INGRAM,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:08-CV-56 (HL) |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant. | : | |

_____

# ORDER

This matter is before the Court on the Recommendation of Magistrate Judge Richard L. Hodge (Doc. 15), entered on September 3, 2009, in which he recommends affirming the decision of the Commissioner of Social Security. Plaintiff Angela N. Ingram has filed a timely Objection (Doc. 16). Pursuant to 28 U.S.C. § 636(b) (1), the Court has thoroughly considered the Objection and has made a de novo determination of the portion of the Recommendation to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations in the Magistrate Judge's Recommendation. The decision of the Commissioner of Social Security is hereby affirmed.

**SO ORDERED**, this the 24th day of September, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh